| Our Wicked Lady LLC | Income Statement | |
|---|---|---|
| | Estimated Revenue/Expense For the 60 day Period [September 14th-November 14th,2024] | |

Templates by Vertex42.com
© 2008 Vertex42 LLC

To download an unlocked version of this template, visit
http://www.vertex42.com/ExcelTemplates/income-statement.html

| Revenue | 2024 | |
|---|---:|---:|
| Sales revenue | 176,000 | |
| (Less sales returns and allowances) | - | |
| Service revenue | | |
| Interest revenue | - | |
| Other revenue | | |
| **Total Revenues** | **176,000** | **-** |

| Expenses | | |
|---|---:|---:|
| UST Quarterly Fees | 480 | |
| Advertising | 8,000 | |
| Rent | 29,566 | |
| R.E Taxes | x | |
| NYBDC (Adequate Protection Pmts) | 8,488 | |
| Payroll Tax | 6,000 | |
| Water & Sewer | 2,000 | |
| Food & Other Inventory (food,beer,cigarettes) | 30,000 | |
| Band/DJ Payouts | 14,000 | |
| Phone | 1,000 | |
| Office Supplies | 500 | |
| Maintenance and repairs | 1,000 | |
| Internet | 800 | |
| Business Ins | 7,000 | |
| Work Comp. & Disability | 800 | |
| Salaries and wages | 24,000 | |
| Security | 4,000 | |
| Garbage | 1,400 | |
| Cleaning Supplies | 600 | |
| Utilities(gas,electric) | 6,000 | |
| Officer Salaries | 24,000 | |
| Equipment Supplies | 1,000 | |
| **Total Expenses** | **170,154** | **-** |
| Net Income Before Taxes | 5,846 | - |
| **Income from Continuing Operations** | **5,846** | **-** |

| Below-the-Line Items | | |
|---|---:|---:|
| Income from discontinued operations | | |
| Effect of accounting changes | | |
| Extraordinary items | | |
| **Net Income** | **5,846** | **-** |

Income Statement Template by Vertex42.com